of 141 days to be applied to the end of defendant's second sentence. See *Richardson v. Nickolopoulos*, 110 *N.J.* 241 (1988).

Jurisdiction is not retained.

IN THE MATTER OF THE EVOR PHILLIPS LEASING WASTE DISPOSAL SITE; AND CARPENTER TECHNOLOGY CORPORATION.

July 8, 1988.

Petition for certification denied.

IN THE MATTER OF THE EVOR PHILLIPS LEASING WASTE DISPOSAL SITE; AND CARPENTER TECHNOLOGY CORPORATION.

July 8, 1988.

Petition for certification denied.

IN THE MATTER OF THE EVOR PHILLIPS LEASING WASTE DISPOSAL SITE; AND CARPENTER TECHNOLOGY CORPORATION.

July 8, 1988.

Petition for certification denied.